IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COY'S HONEY FARM, INC.**                                                                              **PLAINTIFF**

v.                            **Case No. 3:21-cv-00104-KGB**

**BAYER CORPORATION,** *et al.*                                                  **DEFENDANTS**

## ORDER

Before the Court is the motion for leave to appear *pro hac vice* of Kimberly M. Bousquet of the firm of Thompson Coburn LLP, as counsel of record for defendants Bayer Corporation, Bayer CropScience LP, and Monsanto Company ("Defendants") (Dkt. No. 9). The Court grants the motion to admit Ms. Bousquet *pro hac vice* pursuant to Local Rule 83.5(d). She shall appear as counsel of record for Defendants.

So ordered this 15th day of May, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge