IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COY'S HONEY FARM, INC.**                                                                 **PLAINTIFF**

v.                              Case No. 3:21-cv-00104-KGB

**BAYER CORPORATION,** *et al.*                                                      **DEFENDANTS**

## ORDER

Before the Court is the motion for leave to appear *pro hac vice* of Daniel C. Cox of the firm Thompson Coburn LLP as counsel of record for defendants Bayer Corporation, Bayer CropScience LP, and Monsanto Company (Dkt. No. 31). The Court grants the motion to admit Mr. Coburn *pro hac vice* pursuant to Local Rule 83.5(d). He shall appear as counsel of record for Bayer Corporation, Bayer CropScience LP, and Monsanto Company.

So ordered this 26th day of June, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge