IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COY'S HONEY FARM, INC.**                                                                                           **PLAINTIFF**

v.                                          **Case No. 3:21-cv-00104-KGB**

**BAYER CORPORATION,** *et al*.                                                                                   **DEFENDANTS**

**ORDER**

Before the Court is the unopposed motion to amend the scheduling order of Bayer Corporation, Bayer CropScience LP, and Monsanto Company (collectively "Monsanto") (Dkt. No. 37). Monsanto states that on April 9, 2025, this case was remanded to this Court following coordinated or consolidated pretrial proceedings related to MDL No. 2820 *In Re: Dicamba Herbicides Litigation* ("MDL") (*Id*., ¶ 3). The Court issued a Final Scheduling Order on June 16, 2025, that set this matter for trial some time the week of October 14, 2025 (*Id*., ¶ 4). Monsanto moves to amend the Final Scheduling Order in part because one of its lawyers is unavailable the weeks of October 6 and October 13, 2025, due to previously scheduled overseas travel. Monsanto requests that the Court grant a short continuance of the trial. Monsanto also requests additional time between the filing of pretrial disclosure sheets and the deadline for filing motions *in limine* (*Id*., ¶¶ 9-10). Monsanto suggests that the parties be allowed to submit a joint proposed pre-trial schedule in line with a new trial date that allows the parties and the Court sufficient time for pre-trial deadlines given the specific circumstances and complexities of the case (*Id*., ¶ 11). Counsel for Monsanto has conferred with counsel for plaintiff Coy's Honey Farm, Inc. ("Coy's Honey

Farm"), and counsel do not oppose the motion but note that their lead trial counsel has a two-week federal court trial scheduled to begin on November 2, 2025.[1]

The Court grants Monsanto's unopposed motion to amend the Court's Final Scheduling Order (Dkt. No. 37). The case is removed from the trial calendar for the week of October 14, 2025. Within 21 days of the date of this Order, the parties shall file with the Court a proposed pre-trial schedule that includes all the deadlines set forth in the Court's Final Scheduling Order, as well as a proposed trial date. The parties may consult with Courtroom Deputy Tracy M. Washington regarding dates that Courtroom #324 in the E. C. 'Took' Gathings Federal Building in Jonesboro, Arkansas is available for trial. After the Court receives the parties' proposed pre-trial order, the Court will enter an Amended Final Scheduling Order.

So ordered this 16th day of July, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge

---

[1] The Court notes that November 2, 2025, is a Sunday. The Court requests that counsel for Coy's Honey Farm confirm this date with the Court.