# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**COY'S HONEY FARM, INC.**                                                    **PLAINTIFF**

**v.**                              **Case No. 3:21-cv-00104 KGB**

**BAYER CORPORATION, et al.**                                      **DEFENDANTS**

## AMENDED FINAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

**1.    TRIAL DATE**

This case is scheduled for **JURY** trial before United States District Judge Kristine G. Baker commencing at **9:00 a.m.** sometime during the week of **October 19, 2026**, in the E. C. 'Took' Gathings Federal Building, Courtroom #324, 615 S. Main, Jonesboro, Arkansas 72401.

Any trial conflicts will be addressed closer to this trial date if the conflict has not been resolved.

**2.    PRETRIAL CONFERENCE**

A pretrial conference in this case will be held on **October 5, 2026**, or as soon thereafter as the Court is available.

**3.    STATUS REPORT**

A status report must be filed with the Clerk's office on or before **June 1, 2026**.  The report must include the date and results of any settlement conference, the settlement prospects, and an estimate of the length of trial.

**4.    MOTION DEADLINE**

Motions *in limine* must be filed on or before **June 12, 2026**.  Responses to any motions in limine must be filed on or before **July 2, 2026**.  Replies in support of any motions in limine must be filed on or before **July 16, 2026**.  Motions submitted after the deadline may be denied solely on that ground.

Local Rule 7.2(b) requires that, within fourteen (14) days from the date copies of a motion and supporting papers have been served, any party opposing a motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities.  Any reply to a response to a motion must be filed within seven (7) days of service of the response.  The Court may or may not wait on the filing of a reply before ruling on the motion.

## 5.   SETTLEMENT CONFERENCE REQUEST

All requests for a settlement conference must be made on or before **June 1, 2026**.

## 6.   WITNESS LIST

By agreement of the parties, no later than **July 31, 2026**, each party shall file and serve a list of all witnesses who may be called to testify at trial, including the names, addresses and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call. Designate witnesses whose testimony is expected to be presented via deposition and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony.

Any objections to a party's list of proposed witnesses must be filed on or before **August 21, 2026**.

## 7.   EXHIBIT LIST

By agreement of the parties, no later than **July 31, 2026**, each party shall file and serve a list of all exhibits, including summary exhibits, which may be offered at trial. Separately designate those documents and exhibits which the party expects to offer and those which the party may offer. All exhibits must be listed in numerical sequence on the form available through the Court's website (See Court Forms - Civil Forms AO-187 Exhibit and Witness List).

On or before **July 31, 2026**, the parties shall exchange electronic copies of all exhibits which may be offered at trial.

It is not necessary to list or exchange exhibits to be used only for impeachment, rebuttal, or as demonstratives.

Any objections to proposed exhibits must be filed on or before **August 21, 2026**.

## 8.   PRETRIAL DISCLOSURE SHEET

By agreement of the parties, other than the disclosures in Part Six and Seven of this Amended Final Scheduling Order, the remaining pretrial disclosure sheets must be filed simultaneously by the parties according to the outline contained in Local Rule 26.2 no later than **September 11, 2026**. That witnesses and exhibits must be listed on the pretrial information sheet does not relieve a party of the obligation to provide the names of witnesses and exhibits in response to discovery requests.

Objections to opposing parties' pretrial disclosure sheets will be due on **October 5, 2026**.

## 9.   TRIAL BRIEF

All trial briefs must be filed no later than **September 11, 2026**.  Responding trial briefs must be filed no later than **September 25, 2026**.

## 10.  DEPOSITIONS TO BE USED AT TRIAL OTHER THAN FOR IMPEACHMENT

The proffering party must designate the pertinent portions of a deposition to be used as evidence at trial by **July 31, 2026**. Counter-designations must be made by **August 21, 2026**. These designations need not be filed with the Court but should be exchanged by the parties.

Objections to any deposition or videotapes that will be used at trial must be made by written motion indicating the specific objection and its legal basis by **September 4, 2026**, with the response due **September 11, 2026**. Depositions to be read at trial must be marked as exhibits.

## 11.  INTERROGATORIES AND REQUESTS FOR ADMISSION TO BE USED AT TRIAL

By agreement of the parties, the proffering party must designate any interrogatories or requests for admission to be used at trial by **July 31, 2026**. Any objections must be filed no later than **August 21, 2026**.

## 12.  JURY INSTRUCTIONS AND STATEMENT OF CASE OR PROPOSED FINDINGS AND CONCLUSIONS

For jury trials, the parties must confer regarding the proposed instructions and a verdict form in an attempt to narrow areas of disagreement.  The parties must submit an agreed set of instructions on specific issues in the case to the Court on or before **October 9, 2026**.  Standard instructions from AMI, Eighth Circuit, or Federal Jury Practice Instructions (5th Edition), as applicable, should be used whenever possible, and the source of authority for the instruction should be noted at the end of each instruction.

A party requesting an instruction that cannot be agreed upon must submit that instruction to the Court and opposing counsel, setting out the disagreement.  Note the source of authority on the bottom of each proposed instruction.  Instructions must be electronically submitted in Word or WordPerfect format to kgbchambers@ared.uscourts.gov.

Each party must submit to the Court on or before **September 25, 2026** a concise statement of the case, no more than one page in length, that it proposes would be proper to read to the panel of venire persons during voir dire and also any proposed voir dire questions it wishes the Court to pose to the panel.

## 13.  STIPULATIONS

The parties should stipulate in writing to the facts not in controversy on or before **September 25, 2026.**

## 14.  INTRODUCTION OF EXHIBITS

Exhibits must be made available to all parties and reviewed by counsel prior to the trial date.  Each party will provide to the Court three (3) copies of all exhibits, and each exhibit will be numbered for identification purposes.  All exhibits must be listed in numerical sequence on the form available

through the Court's website (See Court Forms - Civil Forms AO-187 Exhibit and Witness List). The lists must be submitted to the Courtroom Deputy thirty (30) minutes before the beginning of trial, with notations made on the Court's copy of the list noting exhibits to which there is an objection.  The Court will receive all stipulated exhibits at the beginning of the trial.

If you anticipate using electronic equipment during trial, you must notify the Courtroom Deputy prior to your trial date.  If you wish to bring electronic devices to the courthouse for any proceeding, please note Amended General Order No. 54.

## 15.    USE OF DEMONSTRATIVE EXHIBITS AT TRIAL

By agreement of the parties, a party intending to use a demonstrative exhibit at trial shall provide all other parties with a copy of the demonstrative at least 24 hours in advance of expected use at trial.

## 14.    CONFLICTS OF INTEREST

Counsel must promptly check the Court's list of financial interests on file in the U.S. District Court Clerk's Office to determine whether there is any conflict that might require recusal.  If any party is a subsidiary or affiliate of any company in which the Court has a financial interest, bring that fact to the Court's attention immediately.

Please communicate with Tracy Washington at 501-604-5424 or tracy_washington@ared.uscourts.gov to ascertain your position on the calendar as the trial date approaches.  In the event of settlement, advise Ms. Washington immediately.  The case will not be removed from the trial docket until an order of dismissal has been entered.

**Dated:** Thursday, August 14, 2025

**AT THE DIRECTION OF THE COURT**
**TAMMY H. DOWNS, CLERK**


By:   Tracy M. Washington  
        Courtroom Deputy
