**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**COY'S HONEY FARM, INC.**                                                                        **PLAINTIFF**

**v.**                                              **Case No. 3:21-cv-00104-KGB**

**BAYER CORPORATION, *et al*.**                                                         **DEFENDANTS**

**ORDER**

Before the Court is the motion for leave to file a reply in support of their motion for leave to file a motion for summary judgment on the issue of causation of defendants Bayer Corporation, BASF Corporation ("BASF"), BASF SE, Bayer CropScience LP, and Monsanto Company (collectively "Defendants") (Dkt. No. 52).  Defendants state that plaintiff Coy's Honey Farm, Inc.'s ("Coy's") response mischaracterizes their proposed motion for summary judgment as an attempt to relitigate or overturn the MDL Court's prior rulings and that Coy's misapplies the governing law (*Id.*, at 1–2).  Defendants seek leave to reply to Coy's response to address the issues raised by Coy (*Id.*, at 1–2).  For good cause shown, the Court grants defendants' motion for leave to file a reply (*Id.*).  Defendants shall file their reply within 14 days of the date of this Order

So ordered this 12th day of June, 2026.

Kristine G. Baker
Chief United States District Judge