**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**COY'S HONEY FARM, INC.**                                                              **PLAINTIFF**

**v.**                                              **Case No. 3:21-cv-00104-KGB**

**BAYER CORPORATION,** *et al.*                                              **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Coy's Honey Farm, Inc.'s ("Coy's") unopposed motion for extension of time for parties to file responses to motions *in limine* and replies to responses to such motions (Dkt. No. 63). Coy's states that defendants filed four motions *in limine* on June 12, 2026 (*Id.*, ¶¶ 1–2). On June 12, 2026, Coy's also filed a motion *in limine* (Dkt. No. 54). Responses to the parties' motions *in limine* are due on or before July 2, 2026 (Dkt. No. 63, ¶ 4). Coy's states that it has been diligently drafting responses to the motions, but it will likely be unable to complete preparing its responses to all of defendants' motions by July 2. Defendants do not oppose Coy's request to extend the deadline for filing responses to motions *in limine* until Monday, July 13, 2026, and to extend the deadline for filing replies to responses to motions *in limine* until August 4, 2026 (*Id.*, ¶¶ 5–7). For good cause shown, the Court grants Coy's unopposed motion for extension of time for parties to file responses to motions *in limine* and replies to responses to such motions (Dkt. No. 63). The time for any party to file a response to any motion *in limine* is extended to, and including, July 13, 2026. The time for any party to file a reply to a response to any motion *in limine* is extended to, and including, August 4, 2026. All other deadlines in the Court's Amended Final Scheduling Order remain in full force and effect.

So ordered this 1st day of July, 2026.

Kristine G. Baker
Chief United States District Judge