**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**COY'S HONEY FARM, INC.** **PLAINTIFF**

**v.** **Case No. 3:21-cv-00104-KGB**

**BAYER CORPORATION, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Coy's Honey Farm, Inc.'s ("Coy's") motion for leave to file a response to defendants BASF Corporation ("BASF") and Bayer Corporation, Bayer CropScience LP, and Monsanto Company's (collectively "Defendants") motion for leave to file a motion for summary judgment on the issue of causation (Dkt. No. 50). Counsel for Coy's states that its response to Defendants' motion for leave to file a motion for summary judgment was due on June 1, 2026, and that he attempted to email the prepared response to his assistant for filing from his home office on or about May 28, 2026, but the email was not received or filed (*Id.*, ¶¶ 4–5). Coy's seeks leave to file the response after counsel became aware that the response was not filed (*Id.*, ¶ 6). Defendants have not opposed the motion for leave to file a response, and the time for doing so has passed. For good cause shown, Coy's motion for leave to file a response to Defendants' motion for leave to file a motion for summary judgment is granted (Dkt. No. 50). Coy's shall file its response within 14 days of the date of this Order.

So ordered this 4th day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge