**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**COY'S HONEY FARM, INC.** **PLAINTIFF**

**v.** **Case No. 3:21-cv-00104-KGB**

**BAYER CORPORATION, *et al.*** **DEFENDANTS**

# ORDER

Before the Court is the motion for leave to file reply in support of defendants' motion for extension of time to provide counter-designations and objections to plaintiff's deposition designations of defendants BASF Corporation ("BASF") and Bayer Corporation, Monsanto Company, and Bayer CropScience LP (collectively "Bayer" and together with BASF collectively "Defendants") (Dkt. No. 98). Defendants state that they filed their motion for extension on September 3, 2026, and plaintiff Coy's Honey Farm, Inc.'s ("Coy's") filed its response on September 8, 2026 (*Id.*, ¶¶ 1–2). Defendants assert that Coy's response omits critical details regarding its actions and counsel communications that required Defendants to file the motion for extension (*Id.*, ¶ 3). Defendants seek to file a reply to address the issues Coy's raised in its response (*Id.*, ¶ 4). For good cause shown, the Court grants Defendants' motion for leave to file reply (*Id.*). Defendants shall file their reply within 7 days of the date of this Order

So ordered this 11th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge