**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**COY'S HONEY FARM, INC.** **PLAINTIFF**

**v.** **Case No. 3:21-cv-00104-KGB**

**BAYER CORPORATION, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court are the motions for admission *pro hac vice* of Amanda S. Kitts and David E. Dukes of the firm Nelson Mullins Riley & Scarborough, LLP to appear as counsel of record for defendants Bayer Corporation, Bayer CropScience LP, and Monsanto Company (collectively "Monsanto") (Dkt. Nos. 99; 100). The Court grants the motions for admission *pro hac vice* pursuant to Local Rule 83.5(d). Kitts and Dukes shall appear as counsel of record for Monsanto.

So ordered this 11th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge