**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**COY'S HONEY FARM, INC.** **PLAINTIFF**

**v.** **Case No. 3:21-cv-00104-KGB**

**BAYER CORPORATION, *et al.*** **DEFENDANTS**

**ORDER**

This case is currently set for trial the week of October 19, 2026 (Dkt. No. 42). Pending before the Court are BASF Corporation ("BASF") and Bayer Corporation, Bayer CropScience LP, and Monsanto Company's (collectively, "Monsanto," and together with BASF the "Defendants") motion for leave to file motion for summary judgment on the issue of causation (Dkt. No. 46), plaintiff Coy's Honey Farm, Inc.'s ("Coy's) motion for leave to reassert punitive damages (Dkt. No. 67), Defendants' joint motion for judgment on the pleadings (Dkt. No. 105), and several other pre-trial motions.

The Court holds in abeyance Defendants' motion for leave to file motion for summary judgment, Coy's motion for leave to reassert punitive damages, the parties' motions *in limine* (Dkt. Nos. 46, 54, 56, 58, 60, 62, 67), and the parties' motions related to deposition designations and witnesses (Dkt. Nos. 87, 89, 96) until the Court rules on Defendants' joint motion for judgment on the pleadings filed September 11, 2026 (Dkt. No. 105).

The Court, on its own motion, removes the case from the Court's October 19, 2026, trial calendar. The Court also removes from the calendar the previously set October 5, 2026, pre-trial hearing. The Court will reset this matter for trial and will reset all unexpired pretrial deadlines, including the pre-trial hearing, if necessary, after the Court rules on Defendants' pending motion for judgment on the pleadings.

It is so ordered this 22nd day of September, 2026.

Kristine G. Baker
Chief United States District Judge